IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MEREACOS REED,**

      **Plaintiff,**

v.                                                        Case No. 1:16cv142-MW/GRJ

**RONALD A. McDONALD,**
**Secretary, Department of**
**Veterans Affairs**
      **Defendant.**

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION and
REMITTING CASE TO MAGISTRATE JUDGE

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6.  While the Magistrate Judge recommended that Plaintiff be ordered by this Court to pay the $400 filing fee within ten days of the date of this order, Plaintiff has already complied by paying the entire fee on August 8, 2016.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Inasmuch as Plaintiff has paid her filing fee in full in a timely manner this

1

cause is **remitted** to the Magistrate Judge for further proceedings.

**SO ORDERED on August 31, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
