IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MEREACOS REED,

    Plaintiff,

v.                                    CASE NO. 1:16-cv-142-MW-GRJ

DEP'T OF VETERANS AFFAIRS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on ECF No. 33, Plaintiff's *pro se* motion for counsel in this case, Jay Romano, to withdraw from representation, and ECF No. 34, Mr. Romano's motion to withdraw as counsel due to a breakdown of the attorney-client relationship.  Counsel also has filed a "notice of charging lien for attorney fees."  ECF No. 35.  The Court finds that the motions for withdrawal of counsel are due to be granted.  With respect to the "notice of charging lien" filed by counsel, the undersigned has recommended that Defendant's motion to dismiss be granted.  Therefore, any notice with respect to attorney fees is premature.

It is therefore **ORDERED:**

1. Plaintiff's motion for withdrawal of counsel, ECF No. 33, is **GRANTED** and counsel's motion, ECF No. 34 is **GRANTED IN**

**PART.**  To the extent that counsel's motion, ECF No. 34, seeks relief with respect to a lien for attorney fees, the motion is **DENIED.**

2.  The "notice of charging lien for attorney fees," ECF No. 35, is premature and is **STRICKEN.**

**DONE AND ORDERED** this 18th day of September 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge