IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MEREACOS REED,

      Plaintiff,

v.                                      Case No. 1:16cv142-MW/GRJ

RONALD A. McDONALD, Secretary.
Department of Veteran Affairs,

      Defendant.
_____/

## ORDER ACCEPTING IN PART
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 37, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 38. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted in part**, over Plaintiff's objections, as this Court's opinion. Defendant's Motion to Dismiss, ECF No. 22, is **GRANTED**. Plaintiff's retaliation and termination claim is **DISMISSED without prejudice** for Plaintiff's failure to exhaust her administrative remedies. Plaintiff's claim relative to a hostile work environment is **DISMISSED without**

prejudice with leave to file an amended complaint on or before October 16, 2017.

SO ORDERED on October 2, 2017.

s/Mark E. Walker          ____<br>United States District Judge