# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**MEREACOS REED,**

    **Plaintiff,**

**v.**                                                      **Case No. 1:16cv142-MW/GRJ**

**DEPARTMENT OF VETERAN AFFAIRS,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 48. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Defendant's Motion to Dismiss, ECF No. 42, is **DENIED**. This case is remitted to the Magistrate Judge for further proceedings.

**SO ORDERED on June 15, 2018.**

                                                    s/Mark E. Walker            
                                                    **United States District Judge**