IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MEREACOS REED,**

    **Plaintiff,**

v.                                              Case No. 1:16-cv-142-AW-GRJ

**ROBERT WILKIE, Secretary,**
**Department of Veterans Affairs,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING SUMMARY JUDGMENT, AND SETTING TRIAL

The Court has reviewed the magistrate judge's report and recommendation (ECF No. 82), which recommends denying Defendant's motion for summary judgment. No objections were filed. The report and recommendation is accepted. As noted in the report and recommendation, there are genuine issues of material fact that preclude summary judgment. Defendant's motion for summary judgment (ECF No. 63) is therefore DENIED.

In an earlier order, the Court removed this case from the trial docket pending a ruling on the summary judgment motion. ECF No. 74. The case should now be ready for trial, and the Clerk shall set it for trial on or after October 1, 2019.

SO ORDERED on August 2, 2019.

                                                   s/ *Allen Winsor*
                                                   United States District Judge